

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00128-CV

**IN THE GUARDIANSHIP OF** Martin L. **ROBERTSON**, an Incapacitated Person

From the County Court, Kerr County, Texas
Trial Court No. G18-22
Honorable Robert Lee Kelly, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
                 Liza A. Rodriguez, Justice
                 Lori I. Valenzuela, Justice

Delivered and Filed: March 16, 2022

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM